```
 1  AARON D. FORD
      Attorney General
 2  DOUGLAS R. RANDS, Bar No. 3572
      Senior Deputy Attorney General
 3  State of Nevada
    100 N. Carson Street
 4  Carson City, Nevada 89701-4717
    Tel: (775) 684-1150
 5  E-mail: drands@ag.nv.gov

 6  *Attorneys for Defendants
    Romeo Aranas, Russelle Donnelly,*
 7  *Brian Egerton, Kim Adamson,
    and Michael Minev*
 8
```

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| FLAVIO MORENO, | Case No. 3:19-cv-00330-MMD-CLB |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| KIM ADAMSON, et al., | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between Flavio Moreno, in proper person, and Defendants, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Douglas R. Rands, Senior Deputy Attorney General, based upon the Settlement Agreement between the parties, that the above-captioned actions should be dismissed with prejudice by order of this Court, with each party to bear his own costs.

DATED this 2nd day of June, 2021.    DATED this 8th day of June, 2021

AARON D. FORD
Attorney General

By: /s/ Douglas R. Rands

_____
FLAVIO MORENO
Plaintiff, *Pro Se*

DOUGLAS R. RANDS, Bar No. 3572
Senior Deputy Attorney General
*Attorneys for Defendants*

1

* * *

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED: June 8, 2021

2

**CERTIFICATE OF SERVICE**

  I certify that I am an employee of the Office of the Attorney General, State of Nevada, and that on this 8th day of June, 2021, I caused to be served a copy of the foregoing, **STIPULATION FOR DISMISSAL WITH PREJUDICE**, by U.S. District Court CM/ECF Electronic Filing to:

Flavio Moreno, #1049218
Care of LCC Law Librarian
Lovelock Correctional Center
1200 Prison Road
Lovelock, Nevada 89419
lcclawlibrary@doc.nv.gov

               */s/ Roberta W. Bibee*
               An employee of the
               Office of the Attorney General